**MAYER BROWN LLP**                      JS-6
ELIZABETH MANN
emann@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

LISA M. FERRI (*pro hac vice*)
LFerri@mayerbrown.com
BRIAN W. NOLAN (*pro hac vice*)
BNolan@mayerbrown.com
RICHARD J. MCCORMICK (*pro hac vice*)
RMccormick@mayerbrown.com
1675 Broadway
New York, NY 10019-5820
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

Attorneys for HUMAN GENOME SCIENCES, INC.

*COUNSEL CONTINUED ON NEXT PAGE*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HUMAN GENOME SCIENCES, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>GENENTECH, INC.,<br><br>        Defendant. | Case No. 2:11-cv-06546-MRP (JEMx)<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL OF ENTIRE ACTION**<br><br>**Judge: Hon. Mariana R. Pfaelzer**<br>**Ctrm: 12** |

1  **SIMPSON THACHER & BARTLETT LLP**
   HENRY B. GUTMAN (*pro hac vice*)
2  hgutman@stblaw.com
   NOAH M. LEIBOWITZ (*pro hac vice*)
3  nleibowitz@stblaw.com
   425 Lexington Avenue
4  New York, NY 10017-3954
   Telephone: (212) 455-2000
5  Facsimile: (212) 455-2502

6  HARRISON J. FRAHN IV (#206844)
   hfrahn@stblaw.com
7  2550 Hanover Street
   Palo Alto, CA 94303
8  Telephone: (650) 251-5000
   Facsimile: (650) 251-5002
9
   Attorneys for HUMAN GENOME SCIENCES, INC.
10

11 **DURIE TANGRI LLP**
   DARALYN J. DURIE (SBN 169825)
12 ddurie@durietangri.com
   MARK A. LEMLEY (SBN 155830)
13 mlemley@durietangri.com
   217 Leidesdorff Street
14 San Francisco, CA 94111
   Telephone: (415) 362-6666
15 Facsimile: (415) 236-6300

16 **PAUL, WEISS, RIFKIND,**
   **WHARTON & GARRISON LLP**
17 KENNETH A. GALLO (*pro hac vice*)
   kgallo@paulweiss.com
18 2001 K. Street,. NW
   Washington, DC 20006
19 Telephone: (202) 223-7300
   Facsimile: (202) 223-7420
20
   ERIC ALAN STONE (*pro hac vice*)
21 estone@paulweiss.com
   1285 Avenue of the Americas
22 New York, NY 10019-6064
   Telephone: (212) 373-3000
23 Facsimile: (212) 757-3990

24 Attorneys for GENENTECH, INC.

25

26

27

28

ORDER OF DISMISSAL OF ENTIRE ACTION
CASE NO. 2:11-CV-06546-MRP (JEMX)

Having considered the Stipulation of Dismissal of Entire Action filed jointly by the parties on December 18, 2012, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED THAT:

1. The above-captioned action (including without limitation all claims and counterclaims asserted in the action) be and hereby is dismissed in its entirety with prejudice.

2. Each party shall bear its own legal expenses, including without limitation, attorneys' fees and costs.

**IT IS SO ORDERED**

DATED: December 19, 2012

*Mariana R. Pfaelzer*

Honorable Mariana R. Pfaelzer
United States District Judge

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on December 18, 2012 with a copy of this document via the Court's CM/ECF system.

Dated: December 18, 2012                              */s/ Daralyn J. Durie*
                                                                                    Daralyn J. Durie